UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT W. DIEHL, JR., and
MELANIE L. DIEHL,

: CIVIL ACTION NO. 3:19-CV-1303
: (JUDGE MARIANI)

    Plaintiffs,

v.

SWN PRODUCTION COMPANY, LLC,

    Defendant.

## ORDER

**AND NOW, THIS** 16th **DAY OF AUGUST 2022,** upon consideration of Defendant SWN Production Company, LLC's Motion to Dismiss Counts IV and VI of Plaintiffs' Second Amended Complaint (Doc. 22) and all relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion is **GRANTED IN PART and DENIED IN PART**;

2. The Motion is **GRANTED** as to Count IV

3. Count IV of Plaintiffs' Second Amended Complaint (Doc. 21) is **DISMISSED WITH PREJUDICE**;

4. The Motion is **DENIED** as to Count VI

Robert D. Mariani
United States District Judge